UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARRET HOLT BERGERON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2144** |
| **TERREBONNE PARISH SHERIFF'S DEPARTMENT, ET AL.** | **SECTION: "G"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the claims asserted by Plaintiff Norlan Alexis Ruiz-Perez are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the claims asserted by the remaining plaintiffs[1] against the Governor of Louisiana, the Secretary of the Louisiana Department of Public Safety and Corrections, and the Terrebonne Parish Sheriff's Department are **DISMISSED WITH PREJUDICE** as frivolous and/or failing to state a claim on which relief may be granted.

---

[1] Garret Holt Bergeron, Derek Bergeron, Lloyd J. Voison, Jr., Jacolby Ronija Harris, Sr., Shawn David Shearer, Noel Durkins, Zachary Davis, Patrick Ryan Ledet, Dale E. Williams, Ferdinand Mathieu, Ellis Duplantis, Gabriel Mathew Savoie, and Victor O. Jones.

**IT IS FURTHER ORDERED** that the remaining plaintiffs[2] are granted leave to file an amended complaint with respect to their claims against the Sheriff of Terrebonne Parish and the Warden of the Terrebonne Parish Criminal Justice Complex within sixty days of this Order.

**IT IS FURTHER ORDERED** that the "Request for an Emergency Judgement [sic] Due to Covid-19"[3] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter remain referred to the assigned United Magistrate Judge for further proceedings in accordance with Local Rule 73.2.

New Orleans, Louisiana, this __8th__ day of February, 2021.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[2] Garret Holt Bergeron, Derek Bergeron, Lloyd J. Voison, Jr., Jacolby Ronija Harris, Sr., Shawn David Shearer, Noel Durkins, Zachary Davis, Patrick Ryan Ledet, Dale E. Williams, Ferdinand Mathieu, Ellis Duplantis, Gabriel Mathew Savoie, and Victor O. Jones.

[3] Rec. Doc. 40.