UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARRET HOLT BERGERON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2144** |
| **TERREBONNE PARISH SHERIFF'S DEPARTMENT, ET AL.** | **SECTION: "G"(3)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all of the claims raised in the original Complaint are **DISMISSED**.

**IT IS FURTHER ORDERED** that that all claims asserted by Plaintiff Victor O. Jones in the amended complaint likewise are **DISMISSED**.

New Orleans, Louisiana, this  30th  day October, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**